IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| SUZANNE M. GIANNASCA, *et al.*, | * |
| Plaintiffs | * |
| v. | *   Case No. 1:13-cv-00666-JKB |
| TODD P. MILLER, *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* OF DEFENDANT MIDSTATE FEDERAL SAVINGS AND LOAN ASSOCIATION n/k/a MIDSTATE COMMUNITY BANK

Plaintiffs Suzanne M. Giannasca and Charles S. Goldstein, Chapter 7 Trustee, by their attorneys, Leslie A. Pladna and Leslie A. Pladna & Associates, P.A., hereby voluntarily dismiss *without prejudice* Defendant Midstate Federal Savings and Loan Association n/k/a Midstate Community Bank from the above-captioned action.

Respectfully submitted,

**LESLIE A. PLADNA & ASSOCIATES, P.A.**

/s/Leslie A. Pladna
Leslie A. Pladna, Esquire (Fed. Bar No. 08840)
6502 Overheart Lane
Columbia, Maryland 21045-4542
(410) 370-3400 (Direct)
(410) 381-6238 (Office)
(410) 381-6340 (Fax)
lesliepladna@gmail.com
Attorneys for Plaintiffs Suzanne M. Giannasca
  and Charles R. Goldstein, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2013, a copy of the foregoing Notice of Voluntary Dismissal *without prejudice* was filed via the U.S. District Court's e-filing system served on counsel of record:

Troy C. Swanson, Esquire
Cohen & Swanson, P.C.
Suite 300
1208 E. Churchville Road
Bel Air, MD 21014
410-420-0700
Fax 410-420-0222
Troy@commerciallawyer.com
*Counsel for Defendant Todd P. Miller*

Matthew D. Berkowitz, Esquire
Mariana Bravo, Esquire
CARR MALONEY P.C.
2000 L Street, NW
Suite 450
Washington, D.C. 20036
202-310-5550
Fax 202-310-5555
MB@carrmaloney.com
MDB@carrmaloney.com
*Counsel for Defendants Edwin U. Carson, and Stark and Keenan, P.A.*

Dennis M. Robinson, Jr.
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, MD 21202
410-347-8797
Fax 410-234-2376
drobinson@wtplaw.com
*Counsel for Midstate Federal Savings and Loan Association n/k/a Midstate Community Bank*

Brian L. Moffet, Esquire
Gordon Feinblatt LLC
The Garrett Building
233 E. Redwood Street
Baltimore, MD 21202-3332
410-576-4000
bmoffet@gfrlaw.com
*Counsel for Defendant Branch Banking and Trust Company*

Robert H. Hillman, Esquire
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852
301-804-3385
Fax 301-838-1954
rhillman@siwpc.com
*Counsel for Defendant Quicken Loans, Inc.*

and served via U.S. mail, postage prepaid to:

Chicago Title Insurance Company of Maryland
c/o John A. Magee, IV Resident Agent
110 St. Paul Street
Baltimore, MD 21202
Defendant

First American Equity Loan Services, Inc.
c/o CSC-Lawyers Incorporating Service Company, Resident Agent
7 St. Paul Street, Suite 1660
Baltimore, MD 21202
Defendant

/s/Leslie A. Pladna_____
Leslie A. Pladna, Esquire