IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| SUZANNE M. GIANNASCA, et al., | * |
| Plaintiffs | * |
| v. | * Case No. 1:13-cv-00666-JKB |
| TODD P. MILLER, et al. | * |
| Defendants | * |

### NOTICE OF
### JOINT STIPULATED DISMISSAL *WITH PREJUDICE*
### OF ALL REMAINING DEFENDANTS

Plaintiffs Suzanne M. Giannasca and Charles S. Goldstein, Chapter 7 Trustee (the "Plaintiffs") and Defendants Todd Miller, Edwin G. Carson, Stark & Keenan, P.A., and Quicken Loans, Inc. (the "Remaining Defendants"), by their respective undersigned counsel, hereby jointly stipulate to the dismissal *WITH PREJUDICE* of this action against all aforesaid said Defendants in the above-captioned action.

Respectfully submitted,

_____ 01/14/2014
Leslie A. Pladna, Esquire (Fed. Bar No. 08840)
Leslie A. Pladna & Associates, P.A.
6502 Overheart Lane
Columbia, Maryland 21045-4542
(410) 370-3400 (Direct)
(410) 381-6238 (Office)
(410) 381-6340 (Fax)
lesliepladna@gmail.com
Attorneys for Plaintiffs Suzanne M. Giannasca
and Charles R. Goldstein, Chapter 7 Trustee

_[signature]_

Troy C. Swanson, Esquire (Fed. Bar No. 05806)
Cohen & Swanson, P.C.
Suite 300
1208 E. Churchville Road
Bel Air, MD 21014
410-420-0700
Fax 410-420-0222
Troy@commerciallawyer.com
*Counsel for Defendant Todd P. Miller*

_[signature]_

Matthew D. Berkowitz, Esquire (Fed. Bar No. 17999)
Mariana Bravo, Esquire (Admitted *Pro Hac Vice*)
CARR MALONEY P.C.
2000 L Street, NW
Suite 450
Washington, D.C. 20036
202-310-5550
Fax 202-310-5555
MB@carrmaloney.com
MDB@carrmaloney.com
*Counsel for Defendants Edwin G. Carson, and Stark and Keenan, P.A.*

_[signature] 1/22/14_

Robert H. Hillman, Esquire (Fed. Bar No. 06910)
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852
301-804-3385
Fax 301-838-1954
rhillman@siwpc.com
*Counsel for Defendant Quicken Loans, Inc.*